IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VANCE DOTSON as assignee of<br>TERRELL ENGMANN,<br><br>   Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY,<br>LLC.; VANCE AND HUFFMAN, LLC.;<br>And NATIONAL CREDIT ADJUSTERS,<br>LLC.,<br><br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CIV-21-1110-C |

## **JUDGMENT OF DISMISSAL**

Upon consideration of the pleadings herein, and the Court's accompanying Memorandum Opinion and Order,

IT IS ORDERED, ADJUDGED, AND DECREED that this action be and the same is hereby dismissed with prejudice.

DATED this 11th day of May 2022.

_____
ROBIN J. CAUTHRON
United States District Judge